UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

ADMIRAL INSURANCE COMPANY
VS.
LAKESIDE FAMILY AND CHILDREN'S SERVICES, INC. AND FELIX MOSQUEA, A MENTALLY CHALLENGED ADULT BY HIS MOTHER AND NATURAL GUARDIAN, CECELIA HERNANDEZ, AND CECILIA HERNANDEZ, INDIVIDUALLY

CASE NUMBER: 08 CV 6615

AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:    The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at c/o UCS, Inc. PO Box 1426, Baldwin, NY 11510.

That on 08-05, 2008 2:05P at 235 N MAIN ST SPRING VALLEY NY deponent served the within SUMMONS AND COMPLAIN upon LAKESIDE FAMILY & CHILDRENS SERVICES INC

tel. #: 845-222-2469

**INDIVIDUAL 1.** ☐ by delivering a true copy to said witness personally; deponent knew the person so served to be the person described as said witness therein.

**CORPORATION 2.** ☒ a _____ corporation, by delivering thereat a true copy to AHMED MARSAFAWY personally, deponent knew said corporation so served to be the corporation descried in said subpoena and knew said individual to be AN AGENT thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy to _____ a person of suitable age and discretion. Said premises is witness'-actual place of business-dwelling place-usual place of abode-within state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy to the door of said premises, which is witness' -actual place of business- dwelling place-usual place of abode- within the state. Deponent was unable, with due diligence to find witness or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5a.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of the same in a postpaid envelope properly addressed to witness' last known residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York.

**MAILING TO BUSINESS USE WITH 3 OR 4 5b.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same to in a postpaid envelope properly addressed to witness at the witness' place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the witness.

**DESCRIPTION WITH USE OF 1, 2 OR 3**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☒ White skin | ☐ Black hair | ☐ White hair | ☐ 14-20 yrs. | ☐ Under 5' | ☐ Under 100 lbs. |
| ☐ Female | ☐ Black skin | ☐ Brown hair | ☒ Balding | ☐ 21-35 yrs. | ☐ 5'0"-5'3" | ☐ 100-130 lbs. |
| | ☐ Yellow skin | ☐ Blonde hair | ☒ Mustache | ☐ 36-50 yrs. | ☒ 5'4"-5'8" | ☒ 131-160 lbs. |
| | ☐ Brown skin | ☒ Gray hair | ☐ Beard | ☒ 51-65 yrs. | ☐ 5'9"-6'0" | ☐ 161-200 lbs. |
| | ☐ Red skin | ☐ Red hair | ☐ Glasses | ☐ Over 65 yrs. | ☐ Over 6' | ☐ Over 200 lbs. |

Sworn before me this 5th day of Aug, 2008

_Michele Squitieri_ (signature)

_Joseph M Cirillo_ (signature)
Print name beneath signature
JOSEPH M CIRILLO
LICENSE NO. 1092347

MICHELE SQUITIERI
Notary Public, State of New York
No. 01SQ6092160
Qualified in Nassau County
Commission Expires April 7, 2011

INDEX # 08 CV 6615
DATE 7/25/08

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

United States District Court   Southern District of New York

Admiral Insurance Company — Plaintiff

— against —

Lakeside Family and Children's Services, Inc., et al — Defendant

**State of New York**
**County of Albany** SS.:

Stephen Stracher, being duly sworn deposes and says that he is over the age of eighteen (18); that on the 4th day of August, 20 08 at the office of the Secretary of State, of the State of New York in the City of Albany, he served the annexed Summons in a civil action and Complaint on Lakeside Family and Children's Services, Inc., the Defendant in this action, by delivering to and leaving with TAMMY ALEXANDER, a clerk in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to Section 306 of the Business Corporation Law or Section _____ of the Vehicle and Traffic Law.

Deponent further says that he knew the person so served as forsaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) | Other identifying features: |
|---|---|---|---|---|---|---|
| ☐ Male ☒ Female | ☒ Black ☐ White ☐ | ☐ Light ☐ Med. ☒ Dark | 45 | 5'4 | 140 lbs. | |

Sworn to me, this 4th day of August, 20 08

(signature) Stephen Stracher
(Print Name Below Signature).
Stephen Stracher

Hilary Teitel

HILARY TEITEL
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires Sept. 11, 2009