UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

ADMIRAL INSURANCE COMPANY,                     CASE NO.:08 CV 6615

                          Plaintiff,
                                               STIPULATION
          -against-                            EXTENDING TIME
                                               TO ANSWER
LAKESIDE FAMILY AND CHILDREN'S
SERVICES, INC. AND FELIX MOSQUEA,
a mentally challenged adult by his
mother and natural guardian,
CECELIA HERNANDEZ AND CECELIA
HERNANDEZ, Individually,

                          Defendants.
------------------------------------------------x


          IT IS HEREBY STIPULATED that the time for the Defendant,

LAKESIDE FAMILY AND CHILDREN'S SERVICES, INC., to appear and/or

answer, amend and/or supplement the answer as of right with

respect to the summons and/or complaint in this action, be and the

same hereby is extended up to and including the 25th day of

September, 2008.

Dated:  New York, New York
        August 26, 2008


KRAL, CLERKIN, REDMOND, RYAN            WILKOFSKY, FRIEDMAN,
PERRY & GIRVAN, LLP.                      KAREL & CUMMINS

By: MICHAEL G. WALKER (MW5932)          By: HARRY A. CUMMINS (4403)
Attorneys for Plaintiff                 Attorneys for Defendant
ADMIRAL INSURANCE COMPANY               LAKESIDE FAMILY and CHILDREN'S
                                        SERVICES, INC.
69 East Jericho Turnpike                299 Broadway, Suite 1700
Mineola, New York 11501                 New York, New York 10007
(516)742-3470                           (212)285-0510

WILKOFSKY
FRIEDMAN
KAREL & CUMMINS
ATTORNEYS AT LAW
299 BROADWAY
NEW YORK, NY
10007
(212) 285-0510

20083/000304.D1

                              SO ORDERED:_____